IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03131-RBJ

LINDSAY STRONG,

      Plaintiff,

v.

SRC OF COLORADO, LLC d/b/a Peakview Assisting Living and Memory Center,

      Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 21, 2020.**

      Pursuant to the order of reference issued by District Judge R. Brooke Jackson (ECF 13), the parties are directed to email the Court jointly at hegarty_chambers@cod.uscourts.gov to schedule a settlement conference in this case.