**MINUTE ENTRY FOR SETTLEMENT**

TO:          Docketing

FROM:        Magistrate Judge Michael E. Hegarty

DATE:        February 10, 2021

RE:          ***Strong v. SRC of Colorado*, 20-cv-03131-RBJ-MEH**

       \_\_\_\_        A settlement conference was held on this date, and although no settlement has been reached as to any claims in this action, the Court will continue to work with the parties this week to achieve a settlement.

       \_\_X\_\_        A settlement conference was held on this date, and the parties signed a settlement agreement as to

           \_X\_       All claims in this action.  Dismissal papers shall be filed by March 15, 2021.

           \_\_\_\_       Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement discussions and preparation time involved: \_\_ 6 hours \_\_\_\_.

    \_X\_    A record was made                 \_\_\_\_    No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

       \_\_\_\_        Supplemental settlement proceedings were held in the above-captioned case, including phone calls and emails.

Preparation, negotiation and travel time involved: \_\_\_ hours \_\_\_ minutes.