# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-03131-RBJ-MEH

LINDSAY STRONG,

    Plaintiff,

v.

SRC of COLORADO, L.L.C d/b/a PEAKVIEW ASSISTED LIVING and MEMORY CENTER,

    Defendant.

---

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

Plaintiff, Lindsay Strong, and Defendant, SRC of Colorado, L.L.C. d/b/a Peakview Assisted Living and Memory Center, hereby move the Court to dismiss this case, with prejudice, each party to bear their own fees and costs.  A proposed order is submitted with this motion for the Court's convenience.

DATED the 3rd day of March 2021.


*/s/ Abigail Wallach*  
Michael H. Bell  
Abigail Wallach,  
Ogletree, Deakins, Nash, Smoak & Stewart, P.C. 2000 S. Colorado Blvd. Tower 3, Suite 900  
303.764.6800 (Office)  
303.831.9246 (Facsimile)  
michael.bell@ogletreedeakins.com  
abbey.wallach@ogletreedeakins.com  

*/s/ Christopher M.A. Lujan*  
Christopher M.A. Lujan, Esq.  
Empower, P.C.  
2851 South Parker Road, Suite 316  
Aurora, CO 80014  
720.791.5700 (Office)  
720.260.1802 (Mobile)  
303.317.8145 (Facsimile)  
christopher@empowerlawdenver.com  

ATTORNEY FOR PLAINTIFF

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March 2021, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** was served via CM/ECF to the following:

Mr. Michael H. Bell, Esq.
Ms. Abigail Wallach, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2000 S. Colorado Blvd.
Tower 3, Suite 900
303.764.6800 (Office)
303.831.9246 (Facsimile)
michael.bell@ogletreedeakins.com
abbey.wallach@ogletreedeakins.com

*Attorneys for Defendant*

/s/ *Christopher M.A. Lujan*
Christopher M.A. Lujan, Esq.
Empower P.C.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03131-RBJ-MEH

LINDSAY STRONG,

    Plaintiff,

v.

SRC of COLORADO, L.L.C d/b/a PEAKVIEW ASSISTED LIVING and MEMORY CENTER,

    Defendant.

**ORDER DISMISSING CASE WITH PREJUDICE**

THIS MATTER, having come before the Court on the Stipulated Motion for Dismissal with Prejudice, filed by both parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice. Each party shall bear costs and fees in accordance with the agreement of the parties.

DATED the _____ day of March 2021

                                                        _____
                                                        U.S. DISTRICT COURT JUDGE